**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

*Rochester Division*
1550 United States Courthouse
100 State Street
Rochester, New York 14614

___

In re:  Case #2-12-21448-PRW
 Chapter 7

    JENNIFER JO SCIBONA,

        Debtor.
___

**TRUSTEE'S INTENT TO SELL COMBINED WITH NOTICE THEREOF - PRIVATE SALE**
___

    Raja N. Sekharan, *Chapter 7 Bankruptcy Trustee*, intends to conduct a private sale of non-exempt items of the bankruptcy estate pursuant to *Federal Rule of Bankruptcy Procedure* § 6004(a), as follows:

1.     **DESCRIPTION OF PROPERTY OR INTEREST TO BE SOLD:**

| ASSET | SCHEDULED VALUE | OFFER |
|---|---|---|
| 2008 Chrysler Minivan | $8,938.00 | $3,032.00 |
| CDs and DVDs | $150.00 | $20.00 |
| DVD Player | $35.00 | $11.00 |
| Appliances, including microwave, blender, toaster, washer, and dryer | $500.00 | $300.00 |
| Total | | $3,363.00 |

2.     The total amount the Buyer owes for the assets is: **$3,363**

3.     **BUYER'S NAME AND ADDRESS (AND RELATIONSHIP OF BUYER(S)' TO DEBTOR(S), IF ANY)**:

    a.    Buyer's Name:    Jennifer Jo Scibona

    b.    Buyer's Address:    897 West Sweden Road
                                        Brockport, New York 14420

In re: Jennifer Jo Scibona
Case #2-12-21448-PRW
Trustee's Intent to Sell Combined with Notice Thereof - Private Sale

    c.    Relationship to Debtor:    The Debtor is the Buyer

4. **PRICE (AND PAYMENT TERMS, IF ANY):** The Debtor has previously paid, and the Trustee is currently holding in the Bankruptcy Estate Trust Account, the sum of $3,363.

5. **TRUSTEE'S BASIS FOR PURCHASE PRICE:**

    a.    The Trustee's basis of valuation for the 2008 Chrysler Minivan was the Kelley Blue Book Private Party midpoint between Good Condition ($9,528) and Fair Condition ($8,303).

    b.    The Trustee's basis of valuation for the CDs, DVDs, DVD Player, and Appliances was the Salvation Army Donation Guidelines.

    c.    The offer from Jennifer Jo Scibona falls within the normal range of such assets valuation, and represents a fair value within the Trustee's experience. The Trustee believes that the offer from Jennifer Jo Scibona of $3,363 is a fair and reasonable offer for assets of this nature.

6. **OTHER TERMS, CONDITIONS, OR INFORMATION REGARDING THE SALE:**

    a.    None.

**PLEASE TAKE NOTICE**, that unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk, the Trustee, and the United States Trustee regarding the above sale by _____, 2014, the intended sale will go forward, and the Trustee will sell the above interest or property by virtue of the Trustee's statutory powers, without further Notice or Order of the Court. A hearing will take place before the Honorable Paul R. Warren, at _____ on _____, 2014, at _____, if a timely objection is filed.

Dated: _____, 2014.    _____
    Rochester, New York    Lisa Bertino Beaser
        *Clerk*, United States Bankruptcy Court